IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHECKK PROPERTIES, LLC                                                           PLAINTIFF

v.                                        CASE No. 4:16-cv-4015

ACADIA HEALTHCARE COMPANY, INC.
(surviving entity by merger with
Vista Behavioral Health, LLC)                                                    DEFENDANT

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Voluntary Dismissal with Prejudice. (ECF No. 22). It has been reported to the Court that this matter has been fully settled and compromised by the parties. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Motion is **GRANTED**, and Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**. If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this order. The Court shall retain jurisdiction over the terms of the settlement agreement.

**IT IS SO ORDERED**, this 17th day of November, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge